STATE EX REL. UTILITIES COMM. v.
    CAROLINA UTILITY CUST. ASSN.

No. 492P91

Case below: 104 N.C.App. 216

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 January 1992.

TOMS v. LAWYERS MUT. LIABILITY INS. CO.

No. 523P91

Case below: 104 N.C.App. 88

Petition by defendant (Lawyers Mutual Liability Insurance Company) for writ of certiorari to the North Carolina Court of Appeals denied 9 January 1992.

WALTZ v. WAKE COUNTY BD. OF EDUCATION

No. 515P91

Case below: 104 N.C.App. 302

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 9 January 1992.